# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 05-00115DAE

CASE NAME: USA vs. MICHAEL J. ANDERSON

ATTYS FOR PLA: Wes Reber Porter

ATTYS FOR DEFT: Matthew C. Winter

INTERPRETER:

JUDGE: Leslie E. Kobayashi            REPORTER: FTR-Courtroom 7

DATE: 1/20/2006                       TIME: 11:22-11:48

COURT ACTION:  EP: Defendant's Motion to Reconsider Detention - Defendant present in custody.

Arguments heard.  Motion Denied and terminated.

Deft sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Court informs Deft of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, etc.

Plea of Guilty as to Count 1 of the Indictment entered by the Deft. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING to Count 1 of the Indictment set for 2:15 p.m. 7/24/06 before Judge David Alan Ezra.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager