ORIGINAL

EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Chief, Major Crimes Section

WES REBER PORTER           #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 0 2006

at __ o'clock and __ min. __ M
SUE BF       CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00115 DAE |
| ) | |
| Plaintiff, ) | CONSENT TO RULE 11 PLEA IN A |
| ) | FELONY CASE BEFORE UNITED |
| vs. ) | STATES MAGISTRATE JUDGE |
| ) | |
| MICHAEL J. ANDERSON, ) | COP Date: January 20, 2006 |
| ) | Time:     11:00 a.m. |
| Defendant. ) | Judge:    Leslie E. Kobayashi |
| ) | |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge.  I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Federal Rules of Criminal Procedure

("FRCrP") Rule 11, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to FRCrP Rule 32. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATE:  January 20, 2006, Honolulu, Hawaii.

_____
MICHAEL J. ANDERSON
Defendant

_____
MATTHEW WINTER
Attorney for Defendant

APPROVED:

_____
WES REBER PORTER
Assistant U.S. Attorney

2