AO 442 (Rev. 3/99) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 3 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

MICHAEL J. ANDERSON

**WARRANT FOR ARREST**

CASE NUMBER: 05-0127 LEK

To: The United State Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   MICHAEL J. ANDERSON

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BEING A FELON IN POSSESSION OF A FIREARM AND AMMUNITION.

in violation of Title 18 United States Code, Section(s) 922(g)(1).

Name of Issuing Officer: Leslie E. Kobayashi
Signature of Issuing Officer

Title of Issuing Officer: United States Magistrate Judge

Date and Location: February 28, 2005   Honolulu, HI

Bail fixed at $ TO BE DETERMINED

Name of Judicial Officer: United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-3-05 | Gery J. Graham, Special Agent | [signature] |

SCANNED