EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON         #4532
Chief, Major Crimes Section

WES REBER PORTER          #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00115 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF NON- |
| | ) | OBJECTION; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| MICHAEL J. ANDERSON, | ) | |
| aka "Fingers," | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE OF NON-OBJECTION**

The UNITED STATES has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

DATED: May 26, 2006, at Honolulu, Hawaii.

                                    EDWARD H. KUBO, JR.
                                    United States Attorney
                                    District of Hawaii

                                    By  /s/ Wes Reber Porter
                                       WES REBER PORTER
                                       Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

    MATTHEW C. WINTER            matthew.winter@fd.org
    Assistant Federal Public Defender

    Attorney for Defendant
    MICHAEL J. ANDERSON

Served by Hand-Delivery:

    **U.S. PROBATION OFFICE**
    Attn: Neil Tsukayama
    300 Ala Moana Boulevard, Room C-110
    Honolulu, Hawaii 96850

    DATED:  May 26, 2006, at Honolulu, Hawaii.


                                    /s/ Cheri Abing